IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRAL C. MORRIS,
Petitioner,

v.

ERIC WILLIAMS,
Respondent.

Case No. 19–CV–01329–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Darral C. Morris's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**Dated: Tuesday, July 27, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**